UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gary Edelston,

Plaintiff, Civil Case No. 01-1505 ADM/AJB

vs.

New England Life Insurance Company,

Defendant.

**STIPULATION EXTENDING TIME TO MOVE OR PLEAD** AND ORDER

Pursuant to Federal Rule Civ. P. 6, Plaintiff and Defendant, through their respective undersigned attorneys, hereby stipulate that Defendant shall have until **September 20, 2001,** to file a motion or other pleading in response to Plaintiff's Complaint.

Following service of the Complaint, defendant needed to find Minnesota counsel for representation in this matter and will need additional time to forward relevant information to its attorneys for responding to the Complaint. There have been no prior stipulated extensions.

STAPLETON, NOLAN, MACGREGOR
& THOMPSON

By______________________
Mark M. Nolan (79418)
2300 Firstar Center
101 East Fifth Street
St. Paul, Minnesota 55101
(651) 227-6661
**Counsel for Plaintiff**

DATED: Sept 5, 2001

FILED SEP 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________
Doreen A. Mohs (249968)

333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8979
**Counsel for Defendant**

DATED: September 5, 2001

IT IS SO ORDERED:

September 11, 2001

______________________________
ARTHUR J. BOYLAN
United States Magistrate Judge