UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Gary Edelston,

Plaintiff, **Civil Case No. 01-1505 ADM/AJB**

vs.

New England Life Insurance Company,

Defendant.

---

**STIPULATION EXTENDING TIME TO MOVE OR PLEAD AND ORDER**

---

Pursuant to Federal Rule Civ. P. 6, Plaintiff and Defendant, through their respective undersigned attorneys, hereby stipulate that Defendant shall have until **October 11, 2001**, to file a motion or other pleading in response to Plaintiff's Complaint.

The parties previously presented to the Court a Stipulation to extend the time to respond to the Complaint to September 20, 2001. After obtaining this Stipulation, it was discovered that there are at least three entities that were concerned they may be responsible for defending this claim. Metropolitan Life Insurance Company ("MetLife") headquartered in New York, recently purchased or merged with New England Life Insurance Company, and would need to review several contracts to determine which entity has the duty to defend and would be potentially liable for the claims if proven by plaintiff. MetLife needs additional time to make that determination, in part, because of the tragedy that struck New York, and the United States, last week.

SEP 20 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

STAPLETON, NOLAN, MACGREGOR
& THOMPSON

By ______________________
Mark M. Nolan (79418)
2300 Firstar Center
101 East Fifth Street
St. Paul, Minnesota 55101
(651) 227-6661
**Counsel for Plaintiff**

DATED: September 19, 2001

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Doreen A. Mohs (249968)
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8979
**Counsel for Defendant**

DATED: September 19, 2001

**ORDER**

Based upon the foregoing statements and Stipulation, IT IS ORDERED that defendant has until October 19, 2001, to move or otherwise plead in response to plaintiff's Complaint.

DATED: 9/20/01, 2001

______________________
Arthur J. Boylan
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500