UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Gary Edelston,

Plaintiff,

vs.

New England Mutual Life,

Defendant.

Civil No.01-1505 ADM/AJB

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

---

The parties hereto, by and through their undersigned counsel of record hereby stipulate that the above-captioned matter, together with all claims and counterclaims asserted therein, may be dismissed with prejudice and on the merits but without costs to either party.

DATED this 29 day of May, 2002.

STAPLETON, NOLAN,
MaCGREGOR & THOMPSON

By ______________________
Mark M. Nolan #79418
Attorney for Plaintiff
2300 Firstar Center
101 East Fifth Street
St. Paul, MN 55101
651-227-6661

FAEGRE & BENSON LLP

By ______________________
James Poradek #290488
Attorneys for Defendant
2200 Wells Fargo Center
89 South Seventh Street
Minneapolis, MN 55402
612-766-7000



JUN 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation, the above-captioned matter is dismissed with Prejudice.

Dated: 6-26-02

United States ~~Magistrate~~ District Judge